```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JUDY JOHN,

                                Plaintiff,

              -against-

THE DEPARTMENT OF INFORMATION
TECHNOLOGY AND TELECOMMUNICATIONS, et al.,

                               Defendants.
------------------------------------------------------------- x

**SATISFACTION OF JUDGMENT FOR COSTS**

06 Civ. 13119 (PAC)

        **WHEREAS**, on December 16, 2008, a judgment was entered in the Office of the Clerk of the United States District Court for the Southern District of New York in the above-entitled action in favor of defendants and against plaintiff Judy John in the amount of $753.50 and said judgment has been fully paid by the plaintiff.

        **THEREFORE,** satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: New York, New York
       February 26, 2009

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-123
                                      New York, New York 10007
                                      (212)-788-8699
                                      jfay@law.nyc.gov

                                      */s/ Joshua R. Fay*
                                      Joshua R. Fay
                                      Senior Counsel

To:    **Eugenie Gilmore, Esq.** (Attorney for the Plaintiff)
        Law Office of Eugenie Gilmore
        11 Broadway, Suite 400
        New York, New York 10004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JUDY JOHN,

                                    Plaintiff,

                    -against-

THE DEPARTMENT OF INFORMATION
TECHNOLOGY AND TELECOMMUNICATIONS,
NYC-TV, formerly known as Crosswalks Television, NYC
MEDIA GROUP, CITY OF NEW YORK, ARICK
WIERSON, and YOCASTA DELGADO,

                                      Defendants.

**AFFIDAVIT**
**OF SERVICE**

06 Civ. 13119 (PAC)

------------------------------------------------------------------- x

       Winston Tse, being duly sworn, hereby attests, subject to the penalties of perjury, that on February 26, 2009, he served a true and correct copy of the foregoing Satisfaction of Judgment for Costs upon the following:

        **Eugenie Gilmore, Esq.** (Attorney for the Plaintiff)
        Law Office of Eugenie Gilmore
        11 Broadway, Suite 400
        New York, New York 10004

By causing to be deposited a copy enclosed in a properly prepaid mail wrapper to the above address in a post office box in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated: New York, New York
         February 26, 2009

                                                              Winston Tse

Sworn to before me this 26th day of February, 2009

_____
Notary Public

              ERIC EICHENHOLTZ
       Notary Public, State of New York
              No. 02EI6088885
         Qualified in Nassau County New York County
      Commission Expires March 17, 2011

Index No. 06 Civ. 13119 (PAC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDY JOHN,

              Plaintiff,

-against-

THE DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS, NYC-TV, formerly known as Crosswalks Television, NYC MEDIA GROUP, CITY OF NEW YORK, ARICK WIERSON, and YOCASTA DELGADO,

              Defendants.

## SATISFACTION OF JUDGMENT FOR COSTS

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-123*
*New York, N.Y. 10007*

*Of Counsel: Joshua R. Fay*
*Tel: (212) 788-8699*
*NYCLIS No. 2006-012397*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................................................., 200...*

*................................................................................................................. Esq.*

*Attorney for ..........................................................................................*